**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-78(1)(DSD) |
| | ) | Date: April 22, 2005 |
| WILLIAM DAVID EVANS, | ) | Court Reporter: |
| | ) | Tape Number: 101-60/145 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:10 p.m. |
| | | Time in Court: 10 Minutes |

## APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Public Defender

☒ To be appointed

Date Charges Filed: 4/20/05 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered

Next appearance date is April 27, 2005 at 10:30 a.m. before U.S. Magistrate Judge Janie S. Mayeron for:
☒ detention hrg ☒ preliminary revocation

s/Katie Haagenson
Signature of Judicial Assistant