UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CRIMINAL NO. 02-78(1)(DSD)

Plaintiff,

v.

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

WILLIAM DAVID EVANS,

Defendant.

Upon motion of the Government, it is ORDERED that a Detention and Preliminary Revocation Hearing is set for April 27, 2005 at 10:30 a.m. before the undersigned in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: April 22, 2005

s/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge

---

* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flea; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.