# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

William David Evans,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-78(1) DSD

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Daniel M. Scott shall appear as appointed counsel of record for the above named defendant in this case.

Dated: April 26, 2005

s/Daniel M. Scott
DANIEL M. SCOTT
Attorney ID No. 98395
Attorney for Defendant
Federal Public Defender’s Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415