# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff

v.

WILLIAM DAVID EVANS,
Defendant

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 02-78 (01) DSD

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Lyonel Norris is substituted as appointed counsel in place of Daniel M. Scott in the representation of the above named defendant.

Dated: April 26, 2005

*s/ Lyonel Norris*
LYONEL NORRIS
Attorney ID No. 165888
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: April 26, 2005

*s/ Daniel M. Scott*
DANIEL M. SCOTT
Attorney ID No. 98395
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415