**FEDERAL PUBLIC DEFENDER**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5358
Fax: 612-664-5850

DANIEL M. SCOTT
Federal Public Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

SCOTT F. TILSEN
First Assistant Defender

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

April 26, 2005

Honorable Janie S. Mayeron
United States Magistrate Judge
604 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. William David Evans
Criminal No.02-78 (1) DSD

Dear Magistrate Judge Mayeron:

This letter is to advise that I withdraw the letter previously submitted on this date which waived the preliminary hearing. I just spoke with Mr. Evans and he advised he wishes to proceed with that hearing on April 27.

Sincerely,

*s/ Lyonel Norris*
LYONEL NORRIS
Assistant Federal Defender

LN:jrp

cc: Ann Anaya, AUSA