**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM DAVID EVANS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 02-78(1)(DSD) |
| Date: | 4/27/05 |
| Court Reporter: | |
| Tape Number: | 103-412/1088 |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 1 Hour |

☐ **PRELIMINARY HRG**
☐ **PRELIMINARY/DETENTION HRG**
☐ **BOND REVOCATION HRG**
☒ **DETENTION HRG**
☐ **REMOVAL HRG**
☒ **PRELIMINARY REVOCATION HRG**

## APPEARANCES:

| | |
|---|---|
| Plaintiff: | Ann Anaya, Assistant U.S. Attorney |
| Defendant: | Lyonel Norris, Assistant Federal Public Defender |

☒ Preliminary Revocation Hearing waived

☒ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

☒ Counsel to contact Judge Doty's chambers to obtain date/time for Final Revocation Hearing

s/Katie Haagenson
Judicial Assistant