# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-78 (1) DSD**

0541-0421-0976-D

William David Evans

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: William David Evans

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

April 20, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

ARRESTED ON 4-21-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lalonde

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS