**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

William David Evans,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 02cr78(1)(DSD)
Date: May 12, 2005
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 1:30 p.m.
Time Concluded: 2:00 p.m.
Time in Court: 30 Minutes

## APPEARANCES:

Plaintiff: Andrew Dunne, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
: **Revocation of Probation - Final Hearing.** Gov't witness: Randy W. Nikula
9 **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
9 Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: 3 months and no further term of probation.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk