USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

2005 MAY 16 A 10: 29

UNITED STATES OF AMERICA
v.
**William David Evans**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation)
Case Number: **02-78(1)(DSD)**
USM Number: **09321-073**
Social Security Number: **8976**
Date of Birth: **1956**

RECEIVED U.S. MARSHAL ST. PAUL MINN

RECEIVED 15 PM 3:01 U.S. DIST. COURT

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of a **Special Condition** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Termination from Community Corrections Center | 04/20/2005 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**May 12, 2005**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**May 12, 2005**
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 5-12-05
in the United States District Court
for the District of Minnesota.
CERTIFIED, 5-14, 2005.
RICHARD D. SLETTEN,
BY: [signature]
Deputy Clerk

SCANNED
JUN 15 2005
U.S. DISTRICT COURT

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: WILLIAM DAVID EVANS
CASE NUMBER: 02-78(1)(DSD)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 months with no term of probation to follow**.

[x] The court makes the following recommendations to the Bureau of Prisons:

**Incarceration in a local facility.**

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] **before on** .
[] as notified by the United States Marshal.
[x] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

as stated above

Defendant delivered on 5-24-05 to Benton Co. Jail at Foley MN, with a certified copy of this judgment.

Mary Herman P.C.

United States Marshal

By

Deputy United States Marshal